**Kenneth WAYNE, in his contracted capacity as Power of Attorney in Fact, Plaintiff—Appellant,**

v.

**C. JOHNSON, c/o Tacoma Police Department; et al., Defendants—Appellees.**

No. 02–35393.

D.C. No. CV–02–05146–FDB.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 11, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Kenneth Wayne appeals pro se the district court's judgment dismissing for lack of standing his 42 U.S.C. § 1983 action alleging police officers and various local officials violated Thomas and Samuel Newcombs' constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's dismissal for lack of standing. *Johns v. County of San Diego,* 114 F.3d 874, 876 (9th Cir.1997). We affirm.

A power of attorney does not confer standing to assert another party's constitutional claims or authority to represent another party in court. *See id.* Therefore, the district court properly dismissed for lack of standing.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

